IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01748-PSF-MJW

DANIEL L. SCHAAL,

    Plaintiff,

v.

JUDY FENDER, Administrative Coordinator,
JENSEN, Medical Assistant,
TURK, Medical Assistant, and
RON JOHNSEN, Phisician [sic] Assistant,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: November 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01748-PSF-MJW

Daniel L. Schaal
Prisoner No. A00109485
El Pasp County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Judy Fender,
Jensen, Turk and Ron Johnsen,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Judy Fender, Jensen, Turk and Ron Johnsen: AMENDED COMPLAINT FILED 9/21/06, ORDER FILED 10/26/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/2/06   .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk