IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01748-PSF-MJW

DANIEL L. SCHAAL,

Plaintiff(s),

v.

JUDY FENDER, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for An Emergency Injunction (docket no. 29) is DENIED WITHOUT PREJUDICE.  The Pro Se Incarcerated Plaintiff has failed to comply D.C.COLO.LCivR. 7.1 and has failed to serve a copy of the subject motion (docket no. 29) upon the defendants.

     Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."  ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

     The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court.  ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

     It is not the proper function of the district court to assume the role of advocate for the pro se litigant.  ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

Date: January 18, 2007