IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01748-PSF-MJW

DANIEL L. SCHAAL,

Plaintiff(s),

v.

JUDY FENDER, et al.,

Defendant(s).

---

### MINUTE ORDER

---

Before the court is the pro se plaintiff's letter to the court which was filed on January 22, 2007 (Docket No. 33), in which the plaintiff asks the court to subpoena various records and files and to put a freeze on plaintiff's medical records.  It is hereby

**ORDERED** that plaintiff's requests contained in Docket No. 33 are **DENIED**. Plaintiff must put any and all requests to the court in the form of a motion pursuant to D.C.COLO.LCivR 7.1 and must comply with the other Local Rules of this court, including D.C.COLO.LCivR 5.1(F) (Certificate of Service).  Furthermore, this court will not consider *ex parte* submissions such as plaintiff's letter.  See D.C.COLO.LCivR.77.2 (Ex Parte Communication with Judicial Officers).  In addition, it is the plaintiff's responsibility, not the court's responsibility, to conduct plaintiff's discovery in this case.

Date: January 24, 2007