# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01748-PSF-MJW                FTR

**Date:**  March 19, 2007                               Shelley Moore, Deputy Clerk

DANIEL L. SCHAAL,                                       Pro se

        Plaintiff(s),

v.

JUDY FENDER, et al.,                                    David W. Gerbus
                                                        Terry Cipoletti
        Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING: TEMPORARY RESTRAINING ORDER**

**Court in Session 1:32 p.m.**

Court calls case.  Appearances of Pro se Plaintiff, in custody, and Defendants' counsel.

The Court construes Pro se Plaintiff's three letters, (1) document 42, filed February 22, 2007, (2) document 43, filed March 1, 2007, and (3) document 47, filed March 7, 2007, as motions for temporary restraining order.

| | |
|---|---|
| 1:35 p.m. | Pro se Plaintiff does not wish to make an opening statement. |
| 1:35 p.m. | Mr. Cipoletti makes opening statements on behalf of Defendants. |
| 1:41 p.m. | Pro se Plaintiff presents testimony on his own behalf.  Pro se Plaintiff is sworn.  Direct narrative testimony commences. |
| 1:54 p.m. | Cross examination of Pro se Plaintiff by Mr. Cipoletti. |

Witness is directed to Defendants' Exhibit A.  Defendants' Exhibit A is identified.

2:18 p.m.     Redirect narrative testimony by Pro se Plaintiff.

No re-cross examination of Pro se Plaintiff.

Pro se Plaintiff rests.

2:27 p.m.     Defendants call Judy Ann Fender.  Witness is sworn.  Direct examination by Mr.

Gerbus.

Witness is directed to Defendants' Exhibit A.

Defendants move for admission of Defendants' Exhibit A. No objection.
Defendants' Exhibit A is ADMITTED.

Witness is directed to Defendants' Exhibit B.

Defendants move for admission of Defendants' Exhibit B. No objection.
Defendants' Exhibit B is ADMITTED.

2:53 p.m.	Cross examination of Ms. Fender by Pro se Plaintiff.

3:02 p.m.	No redirect examination. Witness is excused.

**3:02 p.m.	Court in Recess.**
**3:14 p.m.	Court Reconvenes.**

3:15 p.m.	Defendants call Dr. Diane Al-Abduljalil. Witness is sworn. Direct examination by Mr. Gerbus.

Witness is directed to Defendants' Exhibit A.

3:37 p.m.	Cross examination of Dr. Al-Abduljalil by Pro se Plaintiff.

3:44 p.m.	No redirect examination. Witness is excused.

Defendants rest.

Pro se Plaintiff has no witnesses for redirect examination.

3:45 p.m.	Pro se Plaintiff presents closing argument.

4:02 p.m.	Mr. Gerbus presents closing argument on behalf of Defendants.

**ORDERED:**	Pro se Plaintiff's Motion for Temporary Restraining Order (document 42) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:**	Pro se Plaintiff's Motion for Temporary Restraining Order (document 43) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:**	Pro se Plaintiff's Motion for Temporary Restraining Order (document 47) is **TAKEN UNDER ADVISEMENT**.

The Court notes for the record the phonetic similarity and the spellings of Dr. Shaw and Pro se Plaintiff Schaal.

**ORDERED:**   Pro se Plaintiff is remanded to the custody of the El Paso County Sheriff's Department.

Original exhibits were returned to the counsel at the conclusion of the hearing.

**Court in recess 4:08 p.m.**
Total In-Court Time 2:24, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.