IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01748-PSF-MJW

DANIEL L. SCHAAL,

Plaintiff(s),

v.

JUDY FENDER, et al.,

Defendant(s).

## MINUTE ORDER

     IT IS HEREBY ORDERED that the plaintiff's letter requests seeking to amend his Amended Prisoner Complaint (Docket Nos. 22 and 30) are denied without prejudice.  Plaintiff may renew his motion(s) but must make them in the form of a motion, and with any such motion plaintiff, must also tender a proposed Second Amended Complaint which includes the claims remaining in his Amended Prisoner Complaint as well as the new claims he seeks to add and which clearly states the alleged personal participation of each defendant.

Date: March 21, 2007