IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01748-PSF-MJW

DANIEL L. SCHAAL,

    Plaintiff,

v.

JUDY FENDER, Administrative Coordinator;
JENSEN, Medical Assistant;
TURK, Medical Assistant; and
RON JOHNSEN, Physician Assistant,

    Defendants.

## ORDER ON MOTION TO RECONSIDER

This matter is before the Court on *pro se* Plaintiff Daniel Schaal's "Motion in Response to Order on Pending Motions and Notice of Unable to Comply" (Dkt. # 76), filed on September 10, 2007.  The Court liberally construes this as a motion to reconsider the Court's August 27, 2007 Order (Dkt. # 75), in which the Court denied plaintiff's several motions for preliminary injunctive relief.  Having reviewed the motion, the Court finds no valid grounds exist to modify its prior Order.  Accordingly, plaintiff's motion to reconsider (Dkt. # 76) is DENIED.  Plaintiff's underlying claims for inadequate medical care remain pending.

    DATED: September 18, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              Phillip S. Figa
                                              United States District Judge