IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
*Magistrate Judge Watanabe*

Civil Action No. 06-cv-01748-MSK-MJW

DANIEL L. SCHAAL,

    Plaintiff,

v.

JUDY FENDER, et al.,

    Defendants.

---

## MINUTE ORDER

---

IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion for Leave to Depose Prisoner Plaintiff [Doc. # 119; filed November 24, 2008] is **GRANTED**. The Defendants may depose Plaintiff Daniel L. Schaal at the Fort Lyon Correctional Facility, or at such prison or correctional facility where the Plaintiff is incarcerated on the date of the deposition.

Date: Dec 1, 2008