IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01748-MSK-MJW

DANIEL L. SCHAAL,

Plaintiff,

v.

JUDY FENDER, et al.,

Defendant.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Motion for Defendants' Adjustor to Appear by Telephone at the January 15, 2009 Settlement Conference (Docket No. 136) is granted. The defendants' adjustor shall be available by telephone for the Settlement Conference set on January 15, 2009, at 1:30 p.m. Mountain Time.

Date: December 23, 2008