IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01748-MSK-MJW

DANIEL L. SCHAAL,

Plaintiff,

v.

JUDY FENDER, et al.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion to Compel Plaintiff's Discovery Responses and Disclosures (docket no. 147) is GRANTED for all of those reasons as outlined in the subject motion (docket no. 147) which this court incorporates by reference and for the additional reason that the Pro Se Incarcerated Plaintiff has failed to file any timely response to the subject motion (docket no. 147), and thus the Pro Se Incarcerated Plaintiff has confessed the subject motion (docket no. 147).

FURTHER, it is ORDERED that the Pro Se Incarcerated Plaintiff shall forthwith fully execute the release authorizations in the forms attached to the subject motion (Exhibit C-1) and provide such fully executed release authorizations to the Defendants **on or before March 12, 2009.**

FURTHER, it is ORDERED that the Pro Se Incarcerated Plaintiff shall provide to Defendants non-evasive answers to Defendants' First Set of Interrogatories and Requests for Production of Documents and the Pro Se Incarcerated Plaintiff's initial Rule 26(a)(1) disclosures **on or before March 12, 2009.**

FURTHER, it is ORDERED that no sanctions will be imposed against the Pro Se Incarcerated Plaintiff at this time. However, the Pro Se Incarcerated Plaintiff is placed on notice **that any further discovery violations or any further failures to comply with court orders may result in sanctions, including but not limited to, a recommendation for dismissal of this action**.

Date: February 23, 2009