IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01748-MSK-MJW

DANIEL L. SCHAAL,

Plaintiff,

v.

JUDY FENDER, et al.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion to Modify Scheduling Order to Extend by Four Days Defendants' Dispositive Motion Deadline (Docket No. 167) is granted, and the dispositive motion deadline is thus extended up to and including May 4, 2009.

Date: April 30, 2009